AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District<br>District of Puerto Rico |
|---|---|
| Name of Movant<br>Julio Perez Ruiz | Prisoner No.<br>20207-069 | Case No.<br>00-0048 |
| Place of Confinement<br>USP Coleman, Coleman Florida | | |

UNITED STATES OF AMERICA    v.    Julio Perez Ruiz

(name under which convicted)

# MOTION

1. Name and location of court which entered the judgment of conviction under attack ___United States District Court, For the District of Puerto Rico___

2. Date of judgment of conviction ___May 20, 2004___

3. Length of sentence ___240 Months___

4. Nature of offense involved (all counts) ___Count one, Conspiracy to distribute heroin, cocaine, and cocaine base, in violation of Title 21 U.S.C. § 846.___

5. What was your plea? (Check one)
   (a) Not guilty    ☒
   (b) Guilty    ☐
   (c) Nolo contendere    ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   ___N/A___

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury    ☒
   (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __First Circuit Court of Appeals__

   (b) Result __Denied__

   (c) Date of result __August 26, 2005__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐  No ☒ xxxxx

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☒

    (5) Result __N/A__

    (6) Date of result __N/A__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result _____ N/A _____

(6) Date of result _____ N/A _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐ No ☒      N/A
(2) Second petition, etc.    Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Ineffective Assistance of counsel and Clear error, District court's failure to make factual findings od drug type and quantity.

Supporting FACTS (state *briefly* without citing cases or law)

(See Brief and memorandum of law attached)

B. Ground two: Ineffective Assistance of counsel and clear error, District court's failure to make factual findings of leadership role and gun poss.

Supporting FACTS (state *briefly* without citing cases or law):

(See Brief and memorandum of law attached)

C. Ground three: Structural error and violation of Petitioner's fundamental procedural guaranteed right to notice and reasonable doubt instruction, to the jury in light of Apprendi, Blakely, and Booker.

Supporting FACTS (state *briefly* without citing cases or law):

(See Brief and memorandum of law attached)

AO 243 (Rev. 5/85)

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____
All of the present claims are being submitted because of counsel's failure to preserve and/or argue the issue in the district court and on direct appeal. Other claims are being raised because of the court's erroneous application of the law, which has now been correctly clarified.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒XX

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  Bruce J  McGivern, Suite 1113, Mercantil Plaza Building, Ponce De Leon Avenue, Hato Rey, Puerto Rico 00918

(b) At arraignment and plea  N/A

(c) At trial  Same as above

(d) At sentencing  Same as above

AO 243 (Rev. 5/85)

    (e) On appeal __Same as above_____

    (f) In any post-conviction proceeding ___N/A_____

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____N/A_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐ No ☒         N/A

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐ No ☒         N/A

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    N/A

    (b) Give date and length of the above sentence: ___N/A_____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐ No ☒         N/A

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__31/01/06__
(date)

_____
Signature of Movant