UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JULIO PEREZ-RUIZ,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 06-1163 (JAF)

(Crim. No. 00-0048)

**J U D G M E N T**

    Pursuant to the terms and conditions of an Order subscribed by the court today, judgment is now entered summarily dismissing this 28 U.S.C. § 2255 petition.  Rule 4(b), <u>Rules Governing Section 2255 Proceedings in the United States District Courts</u>.

    San Juan, Puerto Rico, this 19th day of July, 2006.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U. S. District Judge