LEGAL MAIL

Juan Pérez Ruíz, #20207-069
FCC Coleman USP-1
P.O. Box 1033
Coleman, Florida 33521-1033

Clerk of the Court
U.S. District Court
Room 150 FEderal BLDG
San Juan, Puerto Rico 00918-1767

PM
APR 17
2008