UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JULIO PEREZ-RUIZ,
    PETITIONER,

V.                          CASE NO. 3:00-cr-48

UNITED STATES OF AMERICA,
    RESPONDENT,

PETITIONER'S REQUEST TO PROCEED IN FORMA PAUPERIS

Now comes the petitioner, Julio Perez-Ruiz, pro-se, in the above styled cause, and presents this honorable court his request to procceed in forma pauperis with the present appeal, as he is indigent, and seeks to proceed with the appeal without prepayment of cost or fee. The petitioner presents the court documentation in support of his indigency, which is attached to the present motion.

                                            Respectfully Submitted,

7/01/08
Date                                Julio Perez-Ruiz, Pro-se
                                        #20207-069
                                        FCC Coleman-USP-1
                                        P.O. Box 1033
                                        Coleman, Florida 33521-1033