UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JULIO PEREZ-RUIZ,
    PETITIONER,

V.                             CASE NO. 3:00-cr-48 JAF

UNITED STATES OF AMERICA,
    RESPONDENT,

## NOTICE OF APPEAL

    Now comes the petitioner, Julio Perez-Ruiz, pro-se, in the above styled cause, and presents this honorable court his notice of appeal of the district court's denial of his motion seeking resolution of a manifest injustice and question of law. The petitioner seeks to appeal the district court's denial of his motion and all relevant motion to the same, and appeal in good faith.

    Wherefore, the petitioner presents this honorable court his notice of appeal.

                                              Respectfully Submitted,

07/01/8
Date                            Julio Perez-Ruiz, Pro-se
                                      #20207-069
                                      FCC Coleman-USP-1
                                      P.O. Box 1033
                                      Coleman, Florida 33521-1033