Julio Perez-Ruia, #20207-069
FCC Coleman-USP-1
P.O. Box 1033
Coleman, Florida 33521-1033

LEGAL MAIL

LEGAL MAIL

Clerk of the Court
U.S. District Court
Room 150 Federal BLDG
San Juan, Puerto Rico 00918-1767

TAMPA PM JUN 7 2008